Jack Silver, Esq. SBN: 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

*Law Offices of*
WILLIAM H. PAYNTER
THOMAS I. SABERI, ESQ. SB#169652
1045 Airport Blvd., Suite 12
So. San Francisco, CA 94080
Tel. (650) 588-2428
Fax (650) 873-7046

Attorneys for Defendants,
BENJAMIN SHIMEK and ROY
SHIMEK, dba USA SERVICE STATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>    Plaintiff,<br>  v.<br><br>BENJAMIN SHIMEK and ROY SHIMEK dba USA SERVICE STATION, and DOES 1-10, Inclusive,<br><br>    Defendants. | **CASE NO.: C07-00220 WDB**<br><br>**STIPULATION FOR REFERRAL TO PRIVATE MEDIATION; [PROPOSED] ORDER** |

C07-00220 WDB
Stipulation For Referral To Private Mediation [Proposed] Order     1

On March 28, 2007 the parties agreed and stipulated to Court Mediation and the same was ordered by this Court on March 29, 2007

Subsequently, the parties further met and conferred and agreed to submit this matter to private mediation before William L. Nagle, Special Master/Mediator. The parties so advised the court of this agreement in their Joint Case Management Statement filed on April 16, 2007 (Court Document #18)

Mediation with Mr. Nagle has been scheduled for Tuesday, June 19, 2007 at 10:00 a.m. in the office of William L. Nagle, 345 Lorton Avenue, Suite 204, Burlingame, CA 94010.

WHEREFORE THE PARTIES HEREBY STIPULATE by and through their counsel of record, that this matter be removed from court mediation and referred to private mediation.

DATED: April 24, 2007   LAW OFFICE OF JACK SILVER
                        /S/

                        JACK SILVER
                        Attorney for Plaintiff
                        NORTHERN CALIFORNIA RIVER WATCH

DATED: April 24, 2007   LAW OFFICES OF WILLIAM H. PAYNTER
                        /S/

                        THOMAS I. SABERI
                        Attorney for Defendants
                        BENJAMIN SHIMEK and ROY
                        SHIMEK, dba USA SERVICE STATION

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/24/2007        _____
                        HON. WAYNE D. BRAZIL
                        MAGISTRATE JUDGE
                        UNITED STATES DISTRICT COURT