Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675
E-Mail: lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

*Law Offices of*
WILLIAM H. PAYNTER
THOMAS I. SABERI, ESQ. SB#169652
1045 Airport Blvd., Suite 12
So. San Francisco, CA 94080
Tel. (650) 588-2428
Fax (650) 873-7046

Attorneys for Defendants,
BENJAMIN SHIMEK and ROY
SHIMEK, dba USA SERVICE STATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN SHIMEK and ROY SHIMEK dba USA SERVICE STATION and DOES 1 - 10, Inclusive, <br><br> Defendants. | **CASE NO. C07-00220 WDB** <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** **[FRCP 41(a)(1)(ii)]** |

WHEREAS the parties reached an agreement at Mediation on June 19,, 2007 to settle all of their disputes with respect to this action, the terms of settlement being incorporated into a Settlement Agreement executed by the parties and attached to this Stipulation as Exhibit A.

IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendants, BENJAMIN SHIMEK and ROY SHIMEK dba USA SERVICE STATION

by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees except as provided under said Settlement Agreement attached as Exhibit A.

This Stipulation may be executed in several counterparts, all of said counterparts shall constitute one original.

DATED: June 22, 2007

LAW OFFICE OF JACK SILVER

BY: _____
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: June 22, 2007

LAW OFFICES OF WILLIAM H. PAYNTER

BY: _____
THOMAS I. SABERI
Attorney for Defendants
BENJAMIN SHIMEK and ROY
SHIMEK, dba USA SERVICE STATION

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED: 6-22-07

_____
WAYNE D. BRAZIL, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

C07-00220 WDB
Stipulation for Dismissal With Prejudice; [Proposed] Order [FRCP 41(a)(1)(ii)]     2

# EXHIBIT A

*Northern California River Watch vs. Benjamin Shimek*
*Case # C 07 0220 PJH*

### SETTLEMENT AGREEMENT

This action is settled for the sum of $10,500 *to RW and $2500 to charity\** payable within 30 days. Plaintiff and Defendant shall each execute a Mutual Release of any and all claims. Plaintiff and Defendant agree to a waiver of all rights under Section 1542 of the Civil Code of the State of California. Plaintiff and Defendant shall execute a *[no fee negotiation w/ Shimek, fees if appeal]* Dismissal with prejudice, each party to bear his/her own fees and costs.

Settlement drafts are to be made payable to Plaintiff, *Northern Calif. River Watch*. Closing papers are to be prepared and executed within the next 30 days. Any dispute regarding the terms and provisions of closing documents and issues regarding timing of full payment shall be resolved by William L. Nagle. Settlement drafts shall be transmitted to Plaintiff's counsel within the next 60 days.

This is a settlement agreement following the mediation. For purposes of settlement, it is not subject to Evidence Code §1119 et seq. This contract is admissible, binding and enforceable pursuant to CCP §664.6 and Evidence Code §1123 (effective January 1, 1998).

*\* Charity to be determined by plaintiff subject to approval by defense.*

DATED: June 19, 2007             _____
                                 William L. Nagle, Mediator

DATED: 6-19-2007                 _____
                                 Attorney for Plaintiff

DATED: 6-19-2007                 _____
                                 Attorney for Defendant

DATED: 6-19-2007                 _____
                                 Plaintiff

DATED: 6-19-2007                 _____
                                 Defendant